# United States District Court
# Central District of California

| | |
|---|---|
| MICHAEL ROCCA, | Case No. 2:15-cv-04203-ODW(AS) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE:** |
| SONAR, INC.; CHARLES J. JUNG; | **SETTLEMENT** |
| GRACE H. JUNG, | |
| Defendants. | |

In light of the Notice of Settlement (ECF No. 23), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than February 12, 2016**, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are **VACATED** and taken off calendar.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

December 18, 2015

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**