JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| MICHAEL ROCCA, | Case No. 2:15-cv-04203-ODW(ASx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| SONAR INC.; CHARLES J. JUNG; | |
| GRACE H. JUNG; | |
| Defendants. | |

Pursuant to the parties' stipulation (ECF No. 25), the Court hereby **DISMISSES** this action in its entirety with prejudice. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

January 19, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**